UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD A. BARTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-1342 AGF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion to proceed in forma pauperis. *See* 28 U.S.C. § 1915. Having reviewed plaintiff's financial information, the Court will grant plaintiff's motion. *Id.* The Court has also reviewed plaintiff's complaint, brought pursuant to the Federal Tort Claims Act and believes that plaintiff's allegations survive initial review at this time. As such, the Court will order the Clerk to issue process on plaintiff's complaint.

Accordingly,

**IT IS HEREBY ORDERED** plaintiff's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to issue process or cause process to issue on the complaint by serving the United States Attorney in accordance with Fed.R.Civ.P.4(i)(1)(A)(i) and by serving the Attorney General of the United States in accordance with Fed.R.Civ.P.4(i)(1)(B).

Dated this 20th day of April, 2017.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE